```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                         CASE NO. 05 B 40393
   BUNGORN CHOTIPRADIT
                                               CHAPTER 13

                                               JUDGE: JACQUELINE P COX

       Debtor
  SSN XXX-XX-6597


------------------------------------------------------------------------
               TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
     The case was filed on 09/26/2005 and was confirmed 12/12/2005.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

     The case was dismissed after confirmation 03/03/2008.
------------------------------------------------------------------------
CREDITOR NAME               CLASS           CLAIM AMOUNT    INTEREST        PRINCIPAL
                                                            PAID            PAID
------------------------------------------------------------------------
WACHOVIA BANK               NOTICE ONLY   NOT FILED              .00             .00
INTERCOUNTY JUDICIAL SAL    SECURED NOT I       .00              .00             .00
OCWEN LOAN SERVICING LLC    CURRENT MORTG       .00              .00             .00
CITY OF CHICAGO WATER DE    UNSEC W/INTER NOT FILED              .00             .00
PEOPLES GAS LIGHT & COKE    UNSEC W/INTER   1282.13              .00             .00
RESURGENT CAPITAL SERVIC    UNSEC W/INTER   1320.07              .00             .00
OCWEN LOAN SERVICING LLC    MORTGAGE ARRE  48394.34          7190.95       18591.66
CITY OF CHICAGO WATER DE    SECURED NOT I    812.65              .00             .00
JOHN C JAHRLING             DEBTOR ATTY      800.00                           800.00
TOM VAUGHN                  TRUSTEE                                         1,576.39
DEBTOR REFUND               REFUND                                               .00

     Summary of Receipts and Disbursements:
------------------------------------------------------------------------
                        RECEIPTS           DISBURSEMENTS
------------------------------------------------------------------------
TRUSTEE                 28,159.00

PRIORITY                                            .00
SECURED                                       18,591.66
    INTEREST                                   7,190.95
UNSECURED                                           .00
ADMINISTRATIVE                                   800.00
TRUSTEE COMPENSATION                           1,576.39
DEBTOR REFUND                                       .00
                        ---------------    ---------------
TOTALS                  28,159.00              28,159.00
```

PAGE 1 - CONTINUED ON NEXT PAGE
CASE NO. 05 B 40393 BUNGORN CHOTIPRADIT

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

Dated: 06/25/08

/s/ Tom Vaughn
_____
TOM VAUGHN
CHAPTER 13 TRUSTEE